IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* **Non-Prisoner Complaint Form**

USDC, CLERK RECEIVED

2013 OCT -3 P 4: 05

*[Enter the full name of the plaintiff in this action]* ) Civil Action No.
)_____
Jerome Curry ) *(to be assigned by Clerk)*
)
_____ )
)
v. )
)
*[Enter the full name of each defendant in this* )
*action. If possible, please list only one defendant* )
*per line.]* )
The State of South Carolina & Det. Brain Kollett )
McDuffie County Dist. Atty, State of Georgia, )
)
McDuffie County Sheriff's office, McDuffie )
)
County Sheriff Logan Marshall, McDuffie )
)
County Probation, McDuffie County Public Defenders )
)
Caryn Lobdell & Chip Wallace, Governor of Georgia, )
)
Nathal Deal, Probation Agent Bobby Evans of McDuffie )
)
County, The City of Charleston, Charleston Probation & )
)
Agent Weeks, The Sheriff Alcannon JR. Det. Cen., )
)
Sheriff Al Cannon JR, The Sheriff Dept of Chars., )
The City of Chas Police Dept, Officer Hall of Chas, )
Charleston County Public Defenders office Public Defenders
Cantrell Frazer, Kelly Solar, Governor Nikki Haley

If allowed by statute, do you wish to have a trial by jury? Yes ✓    No ____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I. PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ✓    No ____

B. If your answer to A is Yes, describe the lawsuit in the space below. *[If more than one lawsuit, describe on another sheet of paper using the same outline.]*

   1. Parties to this previous lawsuit:
      Plaintiff: Same As ▓▓▓▓ that are in this case.
      Defendant(s): Same As that are in this case
   2. Court: United States District Court of Georgia Southern District

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: __1:13-cv-00034-JRH-WLB__

4. Name(s) of Judge(s) to whom case was assigned: __Judge Randall Hall__

5. Status of Case: __dismissed without prejudice__
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: __2/27/13__

7. Date of disposition (if concluded): __August 13, 2013__

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____   No __✓__

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: __Jerome Curry__

   Address: __1385 Ashley River Rd. Apt 26-A, Charleston, S.C 29407__

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: __Sheriff Al. Cannon JR & Det. Brain Kellett__

   Address: __3505 Pinehaven Drive Charleston, S.C 29405__

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

   McDuffie County State Probation & Agent Bobby Evans P.O.Box 337 Thomson, GA 30824, Governor Nathan Deal 203 State Capital Atlanta, GA 30334, Al Cannon JR Detention Center 3841 Leeds Ave N. Charleston, S.C 29405, Governor of S.C Nikki Haley 1205 Pendleton St. Columbia, S.C 29201, Charleston County Public Defender's office Kelly Solar & Cantrell Frayer O.T. Wallace Building 101 Meeting St. 5th floor Charleston, S.C 29401, Caryn Lobdell & Chip Wallace Circuit Public Defender's Toombs Judicial Circuit 309 Greenway st Thomson, GA 30824, Charleston County City Police Dept. 180 Lockwood Drive Chas. S.C 29403 & Officer Hall, Dist. Att. of Toombs Judicial Circuit P.O.Box 966 Thomson GA 30824, city of charleston address unknown at time as well as the address of; The State of Georgia, Sheriff Logan Marshall of McDuffie County Probation Agent Weeks of S.C. Chas. Al Cannon JR. Detention Center 3841 Leeds Ave 29405

## III. STATEMENT OF CLAIM

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

I, Jerome Curry and one of my co-workers Tim Chapman came from the store on Ashley River Rd inwhich we bought a pack of newports. Thereafter we both went on playground Rd community Park to sit on the park to smoke our newports as we talk about sports at this time Charleston County Police Dept pull up and jumped out of their cars four white male officers. These four officer one of which name is officer Hall for the Charleston County City Police Department placed me and my Co-worker Tim Chapman in handcuffs without giving us any reason as to why we were being handcuffed and searched. After officer placed handcuffs on us both and further searched us than these officers asked us for our name inwhich they stated that they were required to do a nationwide check for outstanding warrants if any warrants showed up they stated we would be arrested. After 10mins passed these officers came back from their cars and stated to me Jerome Curry that I had a warrant for the State of Georgia therefore these officers arrested me.

See attachment of Statement of Claim as well as all Exhibits that are related to this claim at hand.

Attachment   V.   STATEMENT OF CLAIM continued

On July 24, 2012, me and my co-worker Tim Chapman was sitting on the park on playground Rd. Community park in Charleston, S.C not to far from my mother's Apartment. As we were sitting on the park talking Charleston County City Police Department pulled up out of their cars and placed me and my co-worker in handcuffs and begin to search the both of us. afterwards while still in handcuffs officers asked me and my co-worker our names inwhich we both did after giving these four white male officers our name they stated that they had to do a nationwide check for outstanding warrants during this time we were never once advise of the reason why we were being placed in handcuffs, questioned, and searched. These four male white officers further stated that if no warrants or holds came back we would be un-handcuffed and free to go after 10mins. passed these four white male officers came back from their cars while I was still in handcuffs and stated to me that I had outstanding warrants for fugitive from justice wanted for a probation violation in the state of Georgia and that I was therefore under arrest. When I got to the Charleston County Jail as I was being booked I asked the booking officer to see my arrest warrant and further requested the assistance of counsel I was denied assistance of counsel on that date of July 24, 2012 and further advised by the booking officer that there was no arrest warrant for me but that I had a hold from Georgia for a probation violation and if I were not served with any warrants on July 25, 2012 I would therefore released. On July 25, 2012 as I was still being held in the Charleston County Jail I asked officer Morgan why was I still being held in the Charleston County Jail with no warrants and that I was told that if I did not receive any warrants I would be released on July 25, 2012. I was not served with any warrants at all on July 25, 2012 therefore I requested assistance of counsel once again from officers and Public Defender Sceener inwhich I was denied assistance of counsel in regards to this matter. I was not released on July 25, 2012 even though I was also told by the finger printing officer on July 24, 2012 as I was being booked that if I were not served any warrants on July 25, 2012, I would be released inwhich I was never released even though warrants were served on July 26, 2012. On July 26, 2012, I was brought to the booking area of the County Jail when I got there awaiting me was officer Det. Brain Kellett inwhich he stated that he was there to serve me warrants for fugitive from justice issued from Charleston County Sheriff's Department when Det. Brain Kellett served this warrant upon me he never once advised me of my right to counsel and pre-extradition hearing or habeas corpus hearing at all whatsoever all he stated to me was that if I signed the papers and warrant that he was issuing me I would be released in time to make it back to school at Trident Technical College inwhich I was attending at the time he further stated that I would out in time to get back to work at Wild Wings Cafe inwhich I was working at the time as a full-time cook

(1.1)

Attachment            V.  STATEMENT OF CLAIM

He further stated that if I did not signed the papers that he was serving me that I would than have to go before a Judge and the Judge would give me a $100,000 bond inwhich I would have not been able to post to get out and go back to school as well as work at Wild Wings Cafe. Therefore based upon this advice from Det. Brain I felt I had no other alternative but to sign papers inwhich he gave me not knowing that one of the papers that he slip me was a waiver of extradition, bond, and Cansel. I did not realize this until after he gave me copies of these documents and I got back to my housing unit of the Jail I saw that one of the documents that Det. Brain Kellett got me to sign was a waiver of extradition. Det. Brain Kellett then afterwar used this same waiver inwhich he tricked me into signing against me in having me extradited without any governor's warrant, requisition order, or demand from governor. Waiver was never signed before a Judge I was never advised by any Judge of signing of waiver prior to the signing of this waiver, I was never advised at all whatsoever by anyone as to my right to a habeas corpus hearing in this extradition proceeding. There was never a demand made from governor of Georgia upon governor of S.C to have me arrested on July 24, 2012, for fugitive from Justice warrant wanted for probation violation nor was there any probable cause for arrest on July 24, 2012. I was never served with any governor's warrant, demand, requisition order or extradition warrant to be arrested on July 24, 2012, in Charleston, S.C, for fugitive from Justice warrant served upon me on July 26, 2012, by Det. Brain Kellett. The McDuffie County Superior Court Clerk of Court sent me a letter dated: March 4, 2013 from clerk Amy R. Clark inwhich stated in part that there was never any governor's warrant, extradition warrant, demand or requistion order issued against me to have me arrested on July 24, 2012, then later extradited from the state of South Carolina to the state of Georgia on August 17, 2012. On March 28, 2013 I received another letter from the Honorable Judge Linda S. Lombard Magistrate Judge and Judge that signed off on fugitive warrant no: 2012A1010200480 stating in part that they do not have any extradition information, warrant, or document concerning my arrest of July 24, 2012, for fugitive from Justice. Therefore I feel that the arresting officers where wrong, Charleston County Police Department for arresting me unlawfully on the Community park on July 24, 2012 without any probable cause nor governors warrant further showing racial profiling by all white arresting officers. The Charleston County Jail, Sheriff of the County Jail Al Cannon, and officials was wrong for detaining me in their County Jail from July 24, 2012, until August 17, 2012, without bail, or counsel further without any governors warrant, extradition warrant, demand nor requisition order from governor of Georgia upon Governor of South Carolina. Fugitive warrant further stated Non-Crim. Hold. fug. max. 20. days. Gov. ofc without any approval from Governor of S.C or Georgia inwhich was served upon me on July 26, 2012 inwhich I was extradited pass 20 day time limit on August 17, 2012.

(2.)

## Exhibits (I.) Evidence And Case Law To Support Statement Of Claim

**I.**

Due to this unlawful action and extradition my due process rights has been violated United States Constitution 4th Amendment, United States Constitution 14th Amendment, Title 18 U.S.C.A. Section 3182, United States Constitution Art 4 Section 2, United States Constitution Article 4 Section 4, United States Constitution Amendment 13, procedure due process, violation of equal protection of the Laws, violation of freedom of locomotion, liberty, freedom from false arrest, Racial profiling title 42 U.S.C. § 1981, 1985, & 1986, freedom from false imprisonment, freedom from invasion, United States Constitution Amendment 5, Lack of probable cause, United States Constitution Sixth Amendment effective assistance of Counsel & Assistance of Counsel, Article 3 of Human Rights, Article 7 of Human Rights, Article 9 of Human Rights & Article 23(1) of Human Rights, Georgia Constitution & Bill of Rights Article I paragraph I, paragraph II & paragraph XIII, violation of pre-extradition hearing, violation of title 18 U.S.C. § 401 & 402. All of the Defendants within this case knowingly and willingfully violated state Laws and Statute as well as Federal Laws and Statute for the State of Georgia and for the state of S.C in unlawfully, knowingly, and willfully, arresting, detaining, and extraditing me as well as denying me of my Constitutional right to counsel, bail, and due process my Miranda rights was violated also. These are the Defendants that violated all my rights within the State of Georgia: McDuffie County Dist. Atty, McDuffie County Sheriff's office, McDuffie County Sheriff Logan Marshall, McDuffie County Probation Department, McDuffie County Public Defender's Caryn Lobdell & Chip Wallace for misrepresentation, and Legal Malpratice, Governor of Georgia Nathan Deal, McDuffie County Probation Agent Bobby Evans, and The City of McDuffie County Georgia, Furthermore these are all of the Defendants within the state of South Carolina that violated my rights: The City of Charleston S.C, The Al Cannon JR. Detention Center in Charleston S.C, Charleston County Sheriff Al Cannon JR., The Sheriff Department in Charleston, S.C, The City Police Department in Charleston S.C, Det. Brain Kellett of Charleston, S.C, Four unknown white male city of Charleston police Department officers in which arrested me on 7/24/12 one of those officers name was officer Hall, Governor of South Carolina Nikki Haley, And Charleston County Public Defender Kelly Solar & Cantrell Frayer of Charleston, S.C. These defendants violated Georgia State law and Statute O.C.G.A § 17-13-1 - through 17-13-46 as well as South Carolina Code of Laws Statute 17-9-10 - through 17-9-40. By unlawfully having me arrested, detained, and extradited without any governor's warrant, extradition warrant, demand or requisition order from the governor of the state of Georgia upon the Governor of S.C as a result of this I was unlawfully extradited. By committing this unlawful action the defendants willingly, and knowingly violated my rights and the United States Constitution.

(3.)

## Exhibits (2.) Evidence And Case Law To Support Statement of Claim

### II

My Sixth Amendment right was violated by being denied the right to assistance of counsel even after I requested such in extradition proceedings. I requested assistance from Counsel Kelly Kassis Solar and Cantrell Frayer and was denied assistance as well as denied assistance from the Charleston S.C Public Defender's office. Furthermore I received a letter dated: March 12, 2013 from the McDuffie County Superior Court Clerk in this letter the Clerk stated that there was never any governor's warrant ever issued against me to have me arrested on July 24, 2012, and extradited from the state of South Carolina to the state of Georgia. Thus showing lack of probable cause, false arrest, false imprisonment, unlawful extradition, kidnapp, violation of procedure due process, Due process in general as well as violation of Constitutional Rights as a citizen and Human being within the United States. All Judges and Public officials have sworn and oath to uphold the Constitutional Rights of citizens the Constitution is the Supreme Law of the Land inwhich no other state Law or statute can modify or change all Laws are required to follow Constitutional laws and procedure. In this case here before this Honorable court and the defendants within this have all disregarded what the Constitution states in extradition proceedings. The defendants within this case knowingly and willingly violated my rights by having me arrested, detain, and unlawfully extradited to the State of Georgia from the State of S.C without any governor's warrant or extradition proceedings thus violating my rights. I feel that this Honorable Court has jurisdiction to hear this case due to the fact that these issues have Constitutional Rights violations, Civil Rights violations, and Human Rights violation. Therefore I request that this Honorable investigate into all of the issues raised within this Application here today. During my time and sentence within the State of Georgia Department of Corrections I have written three letters to the Governor of S.C and the Governor of Georgia to receive no helpful assistance from them at all whatsoever. I have been treated as if I was not a citizen of the United States. As a result of this action I lost my job at Wild Wings Cafe as a cook in Charleston S.C, I further lost government grants from College at Trident Technical College as well as place on probation from school inwhich I was attending at the time of this unlawful action. Therefore I petition this Honorable Court to step in and assist me in this matter to ensure me that the defendants within this case will all be held accountable for their unlawful conduct and also inorder for this not to happen to anyone else concerning extradition. Furthermore I seek damages from Probation Agent Weeks of Charleston, S.C for committing false statements to have me held in Charleston County Jail for a probation violation hold from Georgia in 2011 inwhich was false.

(4.)

# Exhibit (3) Evidence & Case law to Support Statement of Claim
## III

According to Georgia State law O.C.G.A Section 17-13-42 Demand for return of fugitives in other states by Governor of this state; issuance of warrant to person receiving fugitive:

Whenever the Governor of this state shall demand a person charged with crime or with escaping from confinement or breaking the terms of his bail, probation, or parole in this state, for the executive authority of any other state, or from the Chief Justice or an associate justice of the Supreme Court of the District of Columbia authorized to receive such demand under the laws of the United State he shall issue a warrant under seal of the office of the Governor to some agent, commanding him to receive the person so charged if delivered to him and convey him to the proper officer of the county in the state in which the offense was committed.

In the case of McFarlin v. Shirley 209 Ga. 794, 76 S.E.2d 1 (1953); Requisition not supported by indictment or affidavit contradicts prima showing made by warrant because the indictment or affidavit contradicts prima facie showing made by warrant because the respondent tendered in evidence the requisition of the Governor of another without a copy of an indictment found or an affidavit made before a magistrate, pursuant to 18.U.S.C 3182, the respondent in effect contradicted the prima facie showing made by the warrant alone, and thus showed that the petitioner was being illegally restrained in that warrant was not based on valid requisition and trial court erred in remanding the petitioner to the respondent

According to South Carolina Code of laws Section 17-9-15: It states upon the demand of the executive authority of another state know as the requesting state with committing an act in this state or a third state which intentionally resulted in the requesting state with committing offense. Section 17-9-40 of the South Carolina Code of laws it states: every Sheriff or jailer in whose custody any person committed under this chapter shall be, Shall upon the order of the Governor of this state, Surrender such person to the person name in such order for that purpose. South Carolina Code of Laws 17-9-40

According to the case of Hort v. Mount, 196 Ga. 452, 26 S.E.2d 453 1943: It states it is not by virtue of mere comity that extradition warrant is issued, but in obedience to Constitutional mandate. See 18 U.S.C.A § 3182

(5.)

Exhibits (3) Evidence & Case law to support Statement of Claim
III

According to Georgia law O.C.G.A. Section 17-13-43 Application for issuance of demand.

(B.) When the return to this state is required for of a person who has been convicted of a crime in this state and who has escaped from confinement or broken the terms of his bail, probation, or parole, or the warden of the institution or sheriff of the county from which escape was made shall present to the Governor a written application for a requisition for the return of such person. The application shall state the name of the person, the crime of which he was convicted, the circumstances of his escape from confinement or of the breach of the terms of his bail, probation, or parole and the state therein at the time application is made. See McFarlin v. Shirley 209 Ga. 794

(C.) The application shall be verified by affidavit executed in duplicated, and accompanied by two certified copies of indictment returned information and affidavit filed or of the complaint made to the Judge or magistrate, stating the offense with which the accused is charged or of the judgment of conviction or of the sentence. The prosecuting officer, parole board, warden, or sheriff may also attach such further affidavits and other documents in duplicate as he shall deem proper to be submitted with such application one copy of the application, with the action of the Governor indicated by endorsement thereon, and one of the certified copies of the indictment, complaint, information and affidavits, or of the judgment of conviction or of the sentences shall be filed in the office of the Governor, to remain of record in that office the other copies of all person papers shall be forwarded with the Governor's requisition.

South Carolina Code of laws Section 17-9-10 states in part: that on satisfactory information laid before him under the oath of any credible person that any fugitive in the state in which the offense committed out of the state and within any other state any offense by law of the state in which the offense was committed is punishable either capitially or by imprisonment for one year or upwards in any state prison, issue a warrant for such fugitive and commit him to any jail within the state for the space of twenty days unless sooner demanded by the public authorities of the state wherein the offense may have been committed agreeable to the act of Congress in that case made and provided. If no demand be made within such time the fugitive shall be liberated unless sufficient cause be shown to the contary. I was extradited unlawfully (22) days late on invalid fugitive from justice warrant. Further without any governor's warrant, extradition warrant, or requisition order from Governor.

(6.)



<u>Exhibits (3) Evidence And Case Law To Support Statement Of Claim</u>

### III.

Justice is not in no forms based upon the amount of money a person has justice is based upon fairness, due process and the rights a person has been granted unto them at brith as a human being by God our father for all human being black, white, poor, rich, educated, or uneducated no human being should be denied justice. And no man should have power over any human being inorder to prevent justice against such individual as law and as a citizen of the united states and also as a human being just because an individual is unable to afford and retain legal counsel on his own will and power. This in no way possible at all whatsoever is justice nor due process and fairness as the forefathers wrote about within the Constitution in its lowest degree aside from all else due process means fundamental fairness and substantial justice. According to the United States Constitution it states that Due process refers to the Constitutional guarantees that the government cannot deny a person that right the basic rights of life, liberty, and property in arbitrary or unreasonable manners. Due process of law basically means the same as the law of the land as used in English Petition of Right 1628 that linked both expressions. That petition reads that no man should be in any manner destroyed but by the lawful judgment of his peers or by the law of the land, and that no man should be put out of his land or tenements, nor taken, nor imprisoned, nor disinherited, nor put to death without being brought to answer by due process of law. The United States Constitution Article 4 Section 2; states: The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states - A person charged in any state with treason, felony, or other crime, who flee justice, and be found in another state, shall on demand of the executive authority of the state from which he fled, be delivered up, to be removed to the state having jurisdiction of the crime; Before the executive of the state can be called upon to deliver an individual it must appear: First that a proper and formal requisition of another governor has been made: Second that the requisition was founded upon an affidavit that the crime was committed by the person charged or such other evidence of that fact as may be sufficient: Third, that the person against whom it is directed is a fugitive from Justice see McFarlin.V. Shirley 209 Ga. 794, Roberts.v. Reilly 116 U.S 80, Compton.V. Alabama 214 U.S.1,8, Michigan.V. Doran 439 U.S.282, Harden.V. Pataki 320 F.3d. 1289, Biddinger.v. Commissioner of Police 245 U.S 128, Georgia Statute O.C.G.A. § 17-13-42, 17-13-43, 17-13-27, 17-13-30, 17-13-46, 17-13-42, United States Constitution Title 18 U.S.C.A.§ 3182, United States Constitution Article 4 Section 2, South Carolina Code of Laws Section 17-9-10, 17-9-15, § 17-9-40, Georgia Court Rules & Criminal procedures State-1 West 2013 Section 17-13-1 through 17-13-49, and Nevada.v. Hall 440 U.S. 410.

Exhibit 3.

## Cases in Support of Extradition Proceedings

1.) United States Supreme Court Case Hutson.v. Stoner 244 Ga. 52, 444 U.S. 967
2.) United States Supreme Court Case Michigan.v. Doran 99 S.ct 530 (1978) 439 U.S. 282
3.) United States Supreme Court Case Compton.v. Alabama 214 U.S 1, 6 (29 S.ct 605)
4.) Georgia statute O.C.G.A. Section 17-13-42, 17-13-43, 17-13-46, 17-13-30, and 17-13-34
5.) United States Constitution Title 18. U.S.C.A Section 3182
6.) Supreme Court of Georgia Jackson.v. Pittard 211 Ga. 427; 86 S.E.2d 295
7.) Supreme Court of Georgia Hart.v. Mount 196 Ga. 452; 26 S.E.2d 453
8.) Supreme Court of Georgia Lascelles.v. State 90 Ga. 347; 16 S.E.2d 945.
9.) Supreme Court of Georgia 198 Ga. 51; 30 S.E.2d 921 Ellis.v. Grimes
10.) Supreme Court of Georgia Mary Jane Jenkins A.k.A Lynda Entratter.v. Roger Garrison 265 Ga. 42; 453 S.E.2d 698
11.) United States Supreme Court Case Roberts.V. Reilly U.S. 116 U.S. 80
12.) United States Supreme Court Hyatt.v. People ex rel. Corkran 188 U.S. 691 (23 S.ct 456)
13.) Supreme Court of Georgia McFarlin.v. Shirley 209 Ga. 794, 76 S.E.2d 1
14.) Supreme Court of Georgia Jenkins.v. Garrison 265 Ga.42
15.) United States Constitution Article 4 Section 2
16.) South Carolina Code of Laws for (1976) Section 17-9-10, 17-9-15, and 17-9-40
17.) United States Supreme Court ker.V. Illinois 119 U.S. 436, 7 S.ct 225
18.) Supreme Court of Georgia Powell.v. Brown 281 Ga. 609
19.) Wirth.v. Surles 562 F.2d 319 4th Cir
20.) Harden.v. Pataki 320 F.3d 1289 5th & 11th Circuit
21.) McBride.v. Soos 512 F.Supp. 1207
22.) Georgia Court Rules and Procedure State 2013 Criminal Extradition 17-13-1 - 17-13-49
23.) Supreme Court of Georgia Dawson.v. Smith 150 Ga. 350.
24.) Batten.v. Gomez 324 F.3d 288 (4th Cir)
25.) Brooks.v. Scott 2010 U.S. Dist Lexis 92010 July 7, 2010,

## Cases in support of waiver of Extradition & Constitutional Rights

1.) United States Supreme Court Carnley.v. Cochran 369 U.S. 506, 516, 82 S.ct 884
2.) Georgia Statute O.C.G.A. Section 17-13-46
3.) Batten.v. Gomez 324 F.3d 288 (4th Cir)
4.) Brooks.v. Scott 2010 U.S. Dist. Lexis 92010 July 7, 2010,
5.) Carnley.v. Cochran United States Supreme Court 369 U.S. 506
6.) Boykin.v. Alabama 395 U.S. 238
7.) McBride.v. Soos 512 F.Supp. 1207

## Cases on warrants & Affidavits in General

1.) Hernandez.v. Sosa July 9, 2012, U.S. Dist. Lexis
2.) Brown.v. Camden County 583 F.Supp. 2d 1358 11th District
3.) Ga. Const. Art. 9 Section 2 para 3(b)
4.) Georgia statute O.C.G.A. Section 17-4-44
5.) Spinell.v. United States 393 U.S.410, 89 S.ct 584
6.) United States.v. Ventresca 380 U.S. 102, 85 S.ct 741
7.) Aguilar.v. Texas, 378 U.S. 108, 84 S.ct 1509
8.) Jones.v. United States, 362 U.S. 257, 80 S.ct 725
9.) Rugendorf.v. United States 376 U.S 528, 84 S.ct 825 (B.)

(11)

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

Payment & Damges for Loss Wages from Wild wings Cafe as full-time cook hourly rate: $8.00 an hour Paid bi-weekly for 13 months & 19 days: Total Amount of loss wages: $13,840 plus tax refund check total amount tax refund check: $4,500, Loss Wages from Trident Technical College as Student Pell Grant $5,000 every Semester plus Student Loans of $10,000 for every semester for 13 months & 19 days Total Amount Loss: $40,000 loss of Student Loans, $20,000 for every semester for 13 months & 19 days, $20,000 for loss of Pell Grant total Amount $80,000, Punitive Damages in total Amount for willful misconduct, unlawful extradition, Kidnapp, false imprisonment, false arrest, humiliation, embarrassment, & mental Distress in total Amount of: $250,000, Compensatory Damages in total Amount for loss wages, pain & Suffering, mental Distress, humiliation, embarrassment, support for my 6 year old son total Amount $250,00, Nominal Damages of: $70,000 & Attorney Fees of $$50,000

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this ___2nd___ day of ___Oct_____, 20_13_.

*Jerome Cummy*
Signature of Plaintiff