IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jerome Curry, | ) | |
| | ) | Civil Action No. 2:13-2707-TMC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| The State of South Carolina; Det. Brain | ) | |
| Kellett; McDuffie County Dist. Atty.; | ) | |
| State of Georgia; McDuffie County Sheriff's | ) | |
| Office; Logan Marshall, McDuffie County | ) | |
| Sheriff; McDuffie County Probation; | ) | |
| Caryn Lobdell, McDuffie County Public | ) | |
| Defender; Chip Wallace, McDuffie County | ) | |
| Public Defender; Governor of Georgia; | ) | |
| Nathal Deal; Probation Agent Bobby Evans | ) | |
| of McDuffie County; The City of | ) | |
| Charleston; Charleston Probation; Agent | ) | |
| Weaks; Sheriff Al Cannon Jr.; The Sheriff | ) | |
| Al Cannon Jr. Det. Cen.; The Sheriff Dept. | ) | |
| of Chars.; The City of Chas. Police Dept.; | ) | |
| Officer Hall of Chas.; Cantrell Frayer, | ) | |
| Charleston County Public Defenders Office | ) | |
| Public Defenders; Kelly Solar; and | ) | |
| Governor Nikki Haley, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, filed this action alleging a violation of

his constitutional rights.  In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02,

D.S.C., this matter was referred to a magistrate judge for pretrial handling. Before the court is the

magistrate judge's Report and Recommendation ("Report"), recommending that the action be

dismissed without prejudice and without issuance and service of process.  (ECF No. 11).

Plaintiff was advised of his right to file objections to the Report. (ECF No. 11 at 12). However,

Plaintiff filed no objections to the Report, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the court adopts the Report (ECF No. 11) and incorporates it herein. It is therefore **ORDERED** that the action is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

December 17, 2013
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.