AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jerome Curry,<br>*Plaintiff*<br>v. | ）<br>） | Civil Action No.  2:13-cv-02707-TMC |
| The State of South Carolina; Det. Brain Kellett; McDuffie County Dist. Atty.; State of Georgia; McDuffie County Sheriff's Office; Logan Marshall, McDuffie County Sheriff; McDuffie County Probation; Caryn Lobdell, McDuffie County Public Defender; Chip Wallace, McDuffie County Public Defender; Governor of Georgia; Nathal Deal; Probation Agent Bobby Evans of McDuffie County; The City of Charleston; Charleston Probation; Agent Weaks; Sheriff Al Cannon Jr.; The Sheriff Al Cannon Jr. Det. Cen.; The Sheriff Dept. of Chars.; The City of Chas. Police Dept.; Officer Hall of Chas.; Cantrell Frayer, Charleston County Public Defenders Office Public Defenders; Kelly Solar; and Governor Nikki Haley,<br>*Defendants* | ）<br>）<br>）<br>）<br>） | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jerome Curry, shall take nothing of the defendants; The State of South Carolina, Det. Brain Kellett, McDuffie County Dist. Atty., State of Georgia, McDuffie County Sheriff's Office, Logan Marshall, McDuffie County Probation, Caryn Lobdell, Chip Wallace, Governor of Georgia, Nathal Deal, Probation Agent Bobby Evans, The City of Charleston, Agent Weaks, Sheriff Al Cannon Jr., The Sheriff Al Cannon Jr. Det. Cen., The Sheriff Dept. of Chars., The City of Chas. Police Dept., Officer Hall, Cantrell Frayer, Kelly Solar, and Governor Nikki Haley, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  December 17, 2013                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/A. Buckingham
                                                                       _____
                                                                       *Signature of Clerk or Deputy Clerk*